IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE HOGS AND HEROES FOUNDATION INC., | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PX 16-768 |
| | * | |
| HEROES, INC., | * | |
| Defendant. | ****** | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 18th day of August, 2016, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion to Dismiss filed by Defendant Heroes, Inc. (ECF No. 19) BE, and the same hereby IS, GRANTED.

2. The clerk will transmit copies of the Memorandum Opinion and this Order to the Plaintiff and Defendant and CLOSE this case.

 8/18/2016                              /S/
Date                              Paula Xinis
                              United States District Judge